UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALAN HERZ,<br><br>         Plaintiff,<br><br>  -v-<br><br>CITY OF NEW YORK, *et al.*,<br>         Defendants. | 20-CV-2846 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

  This case was removed from New York Supreme Court, New York County, on April 6, 2020. Counsel for the plaintiff is directed to file an appearance with this Court no later than April 27, 2020.

  Counsel for the defendants shall serve a copy of this order on counsel for the plaintiff by April 20, 2020.

  SO ORDERED.

Dated: April 7, 2020
    New York, New York

_____
J. PAUL OETKEN
United States District Judge