**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ALAN HERZ,

                Plaintiff,

  -against-                                   20 **CIVIL** 2846 (JPO)

**JUDGMENT**

CITY OF NEW YORK, ET AL.,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated January 14, 2021, Defendants' motion to dismiss is granted; accordingly, this case is closed.

**Dated:**  New York, New York
           January 14, 2021

                                                 **RUBY J. KRAJICK**
                                                 _____
                                                    **Clerk of Court**
                                     **BY:**
                                                    _____
                                                      **Deputy Clerk**